```
 1  STEVEN G. KALAR
    Federal Public Defender
 2  HEATHER M. ANGOVE
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753
    heather_angove@fd.org
 5

 6  Counsel for Defendant,
    ROBERT VASSER
 7
```

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. CR 01-20131 RMW |
|    |                           ) | No. CR 02-20007 RMW |
| 12 | Plaintiff,                ) | |
|    |                           ) | **STIPULATION TO CONTINUE STATUS** |
|    | vs.                       ) | **CONFERENCE;  ORDER** |
| 13 |                           ) | |
|    | ROBERT VASSER,            ) | |
| 14 |                           ) | |
|    | Defendant.                ) | |
| 15 | _____    ) | |

16                              **STIPULATION**

17    Defendant Robert Vasser, by and through Assistant Federal Public Defender Heather

18 Angove, and the United States, by and through Assistant United States Attorney Gary G. Fry,

19 hereby stipulate that, with the Court's approval, the status hearing currently set for November

20 18, 2013 at 9:00 a.m., shall be continued to November 25, 2013 at 9:00 a.m.

21    The request for the continuance is based upon the need for additional time to resolve the

22 issues concerning the alleged supervised release violations set forth in the Probation Form 12.

23 \\\

24 \\\

25 \\\

26

STIPULATION TO CONTINUE STATUS
CONFERENCE;  ORDER
CR 01-20131 RMW; CR 02-20007 RMW            1

1    IT IS SO STIPULATED.

2  Dated: November 13, 2013

3                                            __/s/_____
                                             HEATHER M. ANGOVE
4                                            Assistant Federal Public Defender
   Dated: November 13, 2013
5
                                             __/s/_____
6                                            GARY G. FRY
                                             Assistant United States Attorney
7

8

9                                  [] **ORDER**   _____

10   GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

11 ORDERED that the status hearing in both of these cases shall be continued from November 18,

12 2013 at 9:00 a.m., to November 25, 2013 at 9:00 a.m.

13   IT IS SO ORDERED.

14 Dated: November FÍ___, 2013                 _____
                                             THE HONORABLE RONALD M. WHYTE
15                                            United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE STATUS
CONFERENCE;  ORDER
CR 01-20131 RMW; CR 02-20007 RMW              2