1  STEVEN G. KALAR
   Federal Public Defender
2  HEATHER M. ANGOVE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   heather_angove@fd.org
5

6  Counsel for Defendant,
   ROBERT VASSER
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,       )  No. CR 01-20131 RMW
                                   )  No. CR 02-20007 RMW
12              Plaintiff,          )
                                   )  **STIPULATION TO CONTINUE STATUS**
13 vs.                             )  **CONFERENCE;  ORDER**
                                   )
14 ROBERT VASSER,                  )
                                   )
15              Defendant.          )
   _____ )
16

17                              **STIPULATION**

18     Defendant Robert Vasser, by and through Assistant Federal Public Defender Heather M.

19 Angove, and the United States, by and through Assistant United States Attorney Gary G. Fry,

20 hereby stipulate that, with the Court's approval, the status hearing currently set for January 28,

21 2014 at 1:30 p.m., shall be continued to February 10, 2014 at 9:00 a.m.

22     The request for the continuance is based upon the need for additional time for the parties

23 to negotiate a disposition in this matter.

24

25

26
   STIPULATION TO CONTINUE STATUS
   CONFERENCE;  ORDER
   CR 01-20131 RMW; CR 02-20007 RMW           1

1     IT IS SO STIPULATED.

2 Dated: January 23, 2014

3                          __/s/_____
                                HEATHER M. ANGOVE
4                                 Assistant Federal Public Defender

Dated: January 23, 2014

5

6                           __/s/_____
                                GARY G. FRY
7                                 Assistant United States Attorney

8

9                       **[] ORDER** _____

10     GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

11 ORDERED that the status hearing in both of these cases shall be continued from January 28,

12 2014 at 1:30 p.m., to February 10, 2014 at 9:00 a.m.

13     IT IS SO ORDERED.

14 Dated: January Gï ____, 2014

15                        _____
                                THE HONORABLE RONALD M. WHYTE
                                United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26