1  ROBERT VASSER, PRO SE
   In Care of
2  STEVEN G. KALAR
   Federal Public Defender
3  GRAHAM E. ARCHER - STANDBY COUNSEL
   Assistant Federal Public Defender
4  55 South Market Street, Suite 820
   San Jose, CA  95113
5  Telephone: (408) 291-7753
   graham_archer@fd.org
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   No. CR 01-20131 RMW
                                    )   No. CR 02-20007 RMW
11              Plaintiff,          )
                                    )   **STIPULATION TO CONTINUE**
12 vs.                              )   **EVIDENTIARY HEARING;**
                                    )   **ORDER**
13                                  )
   ROBERT VASSER,                   )
14                                  )
                Defendant.          )
15 _____ )   **Honorable Ronald M. Whyte**

16      Pro Se Defendant Robert Vasser, by and through Standby Counsel, Assistant Federal

17 Public Defender Graham E. Archer, and the United States, by and through Assistant United

18 States Attorney Gary Fry, hereby stipulate and request that, with the Court's approval, the

19 evidentiary hearing currently set for September 24, 2014 at 10:30 a.m. shall be continued to

20 October 8, 2014 at 10:00 a.m.

21      The reason for the requested continuance is that Probation Officer Gupton, who has

22 supervised Mr. Vasser during the time period of the alleged violations in the Form 12, is not

23 available on the September 24, 2014 hearing date.

24 ///

25 ///

26

Stipulation to Cont. Evidentiary Hearing;
Order
CR 01-20131 RMW; CR 02-20007 RMW                 1

1  The parties believe that Probation Officer Gupton's presence is necessary and will be helpful at
2  the evidentiary hearing.
3  Dated: September 8, 2014

            /s/
            ROBERT VASSER
            Pro Se Defendant

6  Dated: September 8, 2014

            /s/
            GRAHAM E. ARCHER
            Assistant Federal Public Defender
            STANDBY COUNSEL

9  Dated: September 8, 2014

            /s/
            GARY FRY
            Assistant United States Attorney

[] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the evidentiary hearing in these matters shall be continued from September 24, 2014 to October 8, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated: September  FG , 2014

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
United States District Judge

Stipulation to Cont. Evidentiary Hearing;
 Order
CR 01-20131 RMW; CR 02-20007 RMW                2